# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| **TEJERRICK JAMAL WALLACE,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | 3:20-cv-00381-MR |
| | ) | |
| vs. | ) | |
| | ) | |
| **ERIK A. HOOKS, Secretary of Department of Public Safety,** | ) ) | |
| | ) | |
| Respondent. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 19, 2021 Memorandum of Decision and Order.

January 19, 2021

Frank G. Johns, Clerk
United States District Court